UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SINCLAIR,<br><br>Plaintiff,<br><br>v.<br><br>LINDA CLARK, et al.,<br><br>Defendants. | No. 2:24-cv-00038-TLN-EFB<br><br><br>**ORDER** |

Plaintiff Alexander Sinclair ("Plaintiff") proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 27, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 9.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2025 (ECF No. 8), are ADOPTED IN FULL;
2. The case is DISMISSED without prejudice for failure to state a claim; and
3. The Clerk of Court is directed to administratively terminate all pending motions and close the case.

IT IS SO ORDERED.

Date: May 29, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE